UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA.

PLAINTIFF: ROSE ADANMA DURU
3160 CAMPBELL DRIVE,
FAIRFAX, VIRGINIA 22031

VERSUS

DEFENDANTS: U.S. GOVERNMENT,
ET. AL;

CIVIL ACTION NO.

LIST OF DEFENDANTS AND ADDRESSES:

① PRESIDENT TRUMP'S ADMINISTRATION,
1600 PENNSYLVANIA AVENUE NW,
WASHINGTON, DC 20500.

② U.S. CIVIL COURT ADMINISTRATORS,
THURGOOD MARSHAL FEDERAL BUILDING,
1 COLUMBUS CIRCLE, NE DC 20002.

③ⓐ U.S. COURT OF APPEALS;
ⓑ MARK LANGLEY - COURT CLERK;
333 CONSTITUTION AVENUE NW,

I

PTO

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS | ADDRESSES CONT:

WASHINGTON, DC 20001.


4 (a) OFFICE OF THE CLERK - UNITED
DISTRICT COURT; (b) CLERK OF COURT-
ANGELA D. CAESAR; (c) DEPUTY CLERKS
OF U.S. COURTHOUSE - D.C.
333 CONSTITUTION AVE, NW, DC 20001;


5 (a) U.S.P.S. - 4455 LOWER ROSWELL RD,
MARIETTA, GEORGIA 30068;
(b) U.S.P.S. - 400 N. ERVAY;
DALLAS, TEXAS 75201;
(c) U.S.P.S. - SAN FRANCISCO CA - 94188;


6 INTERNAL REVENUE SERVICE - 1899
POWERS FERRY RD, MARIETTA, GA 30067;


7 SSA - 1300 D STREET,
WASHINGTON, DC;

11

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS | ADDRESSES CONT:

(8)(a) THE STATE DEPARTMENT OF THE

UNITED STATES OF AMERICA;

(b) REX TILLERSON - FORMER U.S.

SECRETARY OF STATE;

℅ 1600 PENNSYLVANIA AVENUE NW,

WASHINGTON, DC 20500;


(9)(a) CHARLES SCHWAB 401K | IRA;

(b)   JODI MADDOX - SCHWAB;

(c)   GEOFFREY BECKHAM - SCHWAB;

(d)  MELINDA LOUIE - SCHWAB;

(e)   MR CHARLES SCHWAB - SCHWAB;

211 MAIN STREET, SAN FRANCISCO, CA 94105;


(10)  BANK OF AMERICA U.S.A. INC.;

BANK OF AMERICA - NORTHBROOK, IL;

1315 LAKE COOK ROAD,

NORTHBROOK, IL 60062;

CONT:

iii

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA

DEFENDANTS / ADDRESSES CONT:

(11) (a) HCA - HEALTHCARE CORPORATION OF
AMERICA - NORTH TEXAS DIVISION;

(b) HCA - HEALTHCARE CORPORATION OF
AMERICA - ONE PARK PLAZA,
NASHVILLE, TN 37203;

(12) THE NORTHERN TRUST COMPANY;
50 SOUTH LASALLE STREET, C5S,
CHICAGO, IL 60675-2904:

(13) (a) RANDALL A. CONSTANTINE;
(b) MAZURSKY CONSTANTINE, LLC;
999 PEACHTREE STREET
SUITE 1500, ATLANTA, GA 30309;

(14) OFFICE OF ATTORNEY GENERAL TEXAS,
(a) STATE OF TEXAS - JUDICIAL COURT;
(b) COURT ADMINISTRATOR - STATE
OF TEXAS JUDICIAL COURT

IV

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS/ADDRESSES CONT:

300 W 15th STREET, AUSTIN, TX 78701;

600 COMMERCE STREET - CLERK'S OFFICE,

DALLAS, TEXAS 75202;

(15) (a) LAW FIRM - SESSIONS, FISHMAN,

NATHAN, AND ISRAEL, LLP;

(b) ATTORNEY - CHRISTOPHER R. RICHIE;

(c) ATTORNEY - DAVID R. CLOUSTON;

(d) ATTORNEY - LESLYE E. MOSLEY;

900 JACKSON ST., SUITE 440, DALLAS TX 75202;

(16) (a) PATHWAYS TO HOUSING DC;

(b) NATHALIA CIBOLTI - PATHAN HOUSING

DC - OUTREACH SPECIALIST;

(c) THE CITY OF WASHINGTON DC;

DISTRICT OF COLUMBIA GOVERNMENT;

1350 PENNSYLVANIA AVENUE NW,

WASHINGTON DC 20004;

CONT:

V

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS ADDRESSES CONT:

(17) (a) H&R BLOCK U.S.A. INC.;

(b) H&R BLOCK ADVISORS;

(c) H&R BLOCK-BAILEYS CROSSROAD

CENTER;

(d) UN-NAMED BLACK FEMALE CO-

DEFENDANT-BAILEYS CROSSROAD

CENTER-APRIL 6, 2016:


(18) (a) KAISER FAMILY FOUNDATION;

(b) KAISER PERMANENTE U.S.A. INC.;

(c) KAISER PERMANENTE NORTHERN CA;

(d) KAISER PERMANENTE SOUTHERN CA;

(e) KAISER PERMANENTE COLORADO;

(f) KAISER PERMANENTE MARYLAND;

(g) KAISER PERMANENTE GEORGIA;

(h) THE SOUTHEAST PERMANENTE MEDICAL

GROUP-TSPMG;

(i) KAISER PERMANENTE CAPITOL HILL;

(j) KAISESER PERMANENTE VIRGINIA;

(k) THE PERMANENTE FEDERATION, LLC;

(l) Kaiser PERMANENTE VENTURE INVESTMENTS;

VI

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS ADDRESSES CONT:

(19) (a) HENRY J KAISER OF KAISER
        FAMILY FOUNDATION;

(b) MR KIM KAISER OF KAISER
    FAMILY FOUNDATION;

(c) MR KERRY KOHNEN OF KPGA;

(d) HENRIETTA KING OF KPGA/TSPMG;

(e) DR ROBERT "ROB" SCHREINER-KPGA;

(f) CRAIG FAERBER OF KPGA;

(g) DR MICHAEL F. DOHERTY OF KPGA;

(h) UN-NAMED CO-DEFENDANT-WHITE
    FEMALE PHYSICIAN EXECUTIVE-KPGA;

*** (17) H & R BLOCK U.S.A. INC.,
*** H & R BLOCK ADVISORS,
*** H & H BLOCK-BAILEYS
        CROSSROAD CENTER;
*** UN-NAMED BLACK FEMALE STAFF
    5819 LEESBURG PIKE,
    FALLS CHURCH, VA 22041.

VII

UNITED STATES, DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS | ADDRESSES CONT:

*** KAISER PERMANENTE GEORGIA;
3495 PIEDMONT ROAD
BUILDING 9,
ATLANTA, GEORGIA 30305.

*** KAISER PERMANENTE
CAPITOL HILL,
700 2ND STREET, NE.
WASHINGTON, DC 20002.

PLAINTIFF HAS OVER A DOZEN CIVIL
SUITS AGAINST THE UNITED STATES
GOVERNMENT, I.E- U.S. POST OFFICES;
U.S. CLERK'S OFFICES; THE JUSTICE
DEPARTMENTS ACROSS THE COUNTY;
SOCIAL SECURITY ADMINISTRATIONS-ETC
DUE TO THE ACTIONS | RECKLESSNESS
AND TERROR FROM MR KIM KAISER;
MR HENRY J. KAISER; KAISER FAMILY
FOUNDATION, AND KAISER PERMANENTE!!!

VIII

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

1:19CV874

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ROSE ADANMA DURU

**(b)** County of Residence of First Listed Plaintiff  FAIRFAX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  PRO SE
3160 CAMPBELL DRIVE,
FAIRFAX, VA 22031.

## DEFENDANTS

U.S. GOVERNMENT, ET. AL;

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*   UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. 1332;

Brief description of cause: FRAUD; SECURITIES FRAUD; RICO;

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ MULTI BILLION

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE RANDOLPH D. MOSS.   DOCKET NUMBER 1:17-CV-00504;

DATE JUNE 28, 2019.   SIGNATURE OF ATTORNEY OF RECORD Rose Duru - PRO SE;

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

"2017"

DEFENDANTS:

(a) PRESIDENT TRUMP'S ADMINISTRATION —

PRESIDENT OF THE UNITED STATES OF AMERICA;

(b) THE STATE DEPARTMENT OF THE UNITED

STATES OF AMERICA;

(c) MR REX TILLERSON — THE FORMER

SECRETARY OF STATE — U.S.A:

COMPLAINT | CLAIM:

PLAINTIFF BRINGS THIS CIVIL SUIT AGAINST

THE ABOVE NAMED DEFENDANTS ON BEHALF

OF FIVE UNITED STATES DISTRICT COURT

JUDGES FOR "HATE CRIME", THEIR ACTIONS

ARE BEYOUND HUMAN COMPREHENSION.

(1) UNITED STATES DISTRICT COURT JUDGE —

RANDOLPH DUKE MOSS — SEE CASE

NUMBER — 1:17 — CV — 00504 — RDM;

(2) UNITED STATES DISTRICT COURT JUDGE —

ROYCE LAMBERTH C., SEE CASE

NUMBER — 1:17 — CV — 00927 — RCL;

(3) UNITED STATES DISTRICT COURT JUDGE —

COLLEEN KOLLAR — KOTELLY — SEE CASE

I

PTO

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

COMPLAINT | CLAIM CONT:

NUMBER - 1:17-CV-01005-CKK;

(4) UNITED STATES DISTRICT COURT JUDGE-
RANDOLPH DUKE MOSS- SEE CASE
NUMBER - 1:17-CV-01547-RDM;

① OBSTRUCTION OF JUSTICE WITH MALICE;

② ABUSE OF POWER;

③ ACCOMPLICE TO ATTEMPTED MURDER;

④ ACCESSORY TO TERRORISTIC ACTS - PLAINTIFF
WILL EXPLAIN TO THE COURT;

⑤ BREACH OF DUTY, INTEGRITY, AND
CHARACTER;

⑥ DISCRIMINATION DUE TO NATIONALITY

COMPLAINT | CLAIM CONT:   "2018"

① UNITED STATES DISTRICT COURT JUDGE-
ROYCE LAMBERTH C. - SEE CASE-
NUMBER - 1:18-CV-02651-RCL;

② UNITED STATES DISTRICT COURT JUDGE-
COLLEEN KOLLAR-KOTELLY - SEE CASE-
NUMBER - 1:18-CV-02752-CKK;

③ UNITED STATES DISTRICT COURT JUDGE-

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

COMPLAINT/CLAIM CONT: "2018 & 2019"

NUMBER - 1:18-CV-02762-DLF;

(4) UNITED STATES DISTRICT COURT JUDGE-
   DABNEY L. FRIEDRICH - SEE CASE-
NUMBER - 1:18-CV-02762-DLF;

(5) UNITED STATES DISTRICT COURT JUDGE-
   TREVOR N. McFADDEN - SEE CASE-
NUMBER - 1:19-CV-00003-TNM:

ALL THE ABOVE NAMED DEFENDANTS IN
ALL THE ABOVE NAMED EIGHT CASES
DEFAULTED MISERABLY, BUT THESE
EVIL JUDGES REFUSED TO GRANT
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT!!!
NOTHING LESS THAN THE DEVIL'S ADVOCATES!!!

   DEMAND/RELIEF:

PLAINTIFF RESPECTFULLY ASKS THE COURT TO
AWARD THE PLAINTIFF $8.0 BILLION IN
DAMAGES AGAINST EACH NAMED
DEFENDANT ON BEHALF OF THE JUDGES.

III

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS:

(a) UNITED STATES CIVIL COURT ADMINISTRATORS-

AT THURGOOD MARSHALL FEDERAL BUILDING:

COMPLAINT | CLAIM:

① OBSTRUCTION OF JUSTICE WITH MALICE;

② DISCRIMINATION DUE TO NATIONALITY-
    "HATE CRIME":

③ CONSPIRACY TO ATTEMPTED MURDER;

④ CRIMINAL CONSPIRACY;

⑤ CONSPIRACY TO COMMIT SECURITIES
    FRAUD; ⑥ ASSAULT; LIBEL;

⑥ CONSPIRACY TO CONTINUED FORCED
    HOMELESSNESS; DEPRAVITY;

⑦ ACCOMPLICE TO TERRORISTIC ACTS- RAPE,
    SEXUAL ASSAULT, AND HARASSMENT;

⑧ ABUSE OF POWER WITH MALICE;

⑨ ATTEMPTED MURDER FOR MONETARY
    GAIN; ⑩ DENIAL OF PLAINTIFF'S CIVIL
    RIGHT, AND JUSTICE:

DEMAND | RELIEF:

PLAINTIFF RESPECTFULLY ASKS THE COURT

TO AWARD PLAINTIFF $24 BILLION IN

DAMAGES FOR HATE CRIME!!!

I

EXHIBIT-CCA;

CASE NO- 1:17-CV-00504-RDM:

THE DEPUTY CLERKS PROVIDED

THIS INFOMATION TO THE PLAINTIFF.

Civil Case
Administrators
(202) 354-3190

THE UNITED STATES COURT ADMINISTRATORS

PICKED UP PLAINTIFF'S MOTION FOR

DEFAULT JUDGMENT ON APRIL 29 2017.

FOR DESTRUCTION. THE MOTION WAS

NEVER FILED BY THE U.S. DISTRICT

COURT. OBSTRUCTION OF JUSTICE!!!

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS:

(a) UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA;

(b) MARK LANGLEY— CLERK OF COURT U.S. COURT OF APPEALS— D.C.;

COMPLAINT | CLAIM:

(1) DISCRIMINATION DUE TO NATIONALITY— "HATE CRIME".

(2) ATTEMPTED MURDER; ASSAULT; LIBEL;

(3) FRAUD— CONSPIRACY TO COMMIT MONETARY FRAUD;

(4) REPRESENTATION BY DECEPTION;

(5) ACCOMPLICE TO TERRORISTIC ACTS—RAPE, SEXUAL ASSAULT, AND HARASSMENT;

(6) CONSPIRACY TO CONTINUED FORCED HOMELESSNESS

(7) CONSPIRACY TO COMMIT SECURITIES FRAUD; RECKLACE; DEPRAVITY;

PLAINTIFF WILL EXPLAIN TO THE COURT, AND JURY THE CHAIN OF EVENTS;

DEMAND | RELIEF:

PLAINTIFF ASKS THE COURT FOR $10.2 BILLION IN DAMAGES— PURE EVIL!!!

I

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANTS:

ⓐ CLERK'S OFFICE — DISTRICT OF COLUMBIA;

ⓑ DEPUTY CLERKS — DISTRICT OF COLUMBIA;

ⓒ CLERK OF COURT — ANGELA D. CAESAR;

   DISTRICT OF COLUMBIA:

COMPLAINT | CLAIM:

① OBSTRUCTION OF JUSTICE WITH MALICE;

② ABUSE OF POWER; ③ ASSAULT; LIBEL;

④ ATTEMPTED MURDER; ACCOMPLICE TO

ATTEMPTED; ⑤ DISCRIMINATION DUE TO

NATIONALITY — DEPRAVITY; "HATE CRIME".

ANGELA D. CAESAR — CLERK OF COURT,

FRAUDULENTY AMENDED THE CIVIL COVER

SHEET, AND SUMMONS — SEE EXHIBITS:

THE COURT MALICIOUSLY AND FRAUDULENTLY

CREATED FAKE PRO SE DOCKETS:

DEMAND | RELIEF:

PLAINTIFF RESPECTFULLY ASKS THE COURT TO

AWARD PLAINTIFF $4.8 BILLION IN

DAMAGES AGAINST ANGELA D. CAESAR,

AND THE DISTRICT CLERK'S OFFICE FOR

MALICIOUS DENIAL OF JUSTICE !!!

I

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

## EXHIBIT-CCS:

THIS EXHIBIT SHOWS THE AMENDED
CIVIL COVER SHEET BY THE U.S.
DISTRICT COURT CLERK FOR THE
DISTRICT OF COLUMBIA-ANGELA D. CAESAR:
OBSTRUCTION OF JUSTICE WITH MALICE:


## EXHIBIT-SUMMONS:

THIS EXHIBIT SHOWS THE AMENDED
SUMMONS BY-ANGELA D. CAESAR,
CLERK OF COURT, FOR THE DISTRICT
OF COLUMBIA: THIS IS DIABOLICAL;
PLAINTIFF PLANS TO FACE THIS "JEZEBEL"
IN COURT FOR A JURY TRIAL. EVIL
MUST BE STOPPED IN CHRIST JESUS !!!



EXHIBIT-SUMMONS: 3 OF 5

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| *Plaintiff* ) | | |
| ) | | |
| v. ) | Civil Action No. | |
| ) | | |
| _____ ) | | |
| *Defendant* ) | | |

### SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## CIVIL COVER SHEET

4 of 5.

JS-44 (Rev. 7/16 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

EXHIBIT CCS:

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○1 | ○1 | Incorporated or Principal Place of Business in This State | ○4 | ○4 |
| Citizen of Another State | ○2 | ○2 | Incorporated and Principal Place of Business in Another State | ○5 | ○5 |
| Citizen or Subject of a Foreign Country | ○3 | ○3 | Foreign Nation | ○6 | ○6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)**          OR          **○ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**Other Statutes**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

☐ 470 Racketeer Influenced & Corrupt Organization
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/ Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☐ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | *(See instruction)* | YES ☐   NO ☐ | If yes, please complete related case form |

DATE: _____   SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT:

FOR THE EASTERN DISTRICT OF VIRGINIA:

DEFENDANT:

0  INTERNAL REVENUE SERVICE —
POWERS FERRY ROAD, MARIETTA GEORGIA;

COMPLAINT / CLAIM:

① FABRICATED, MANUFACTURED, FORGED
INCOME TAX DOCUMENTS;

② ACCOMPLICE TO ATTEMPTED MURDER;

③ ABUSE of POWER; ④ ASSAULT;
SLANDER; DEFAMATION; LIBEL;

⓪ RECKLACE; DEPRAVITY; FRAUD;
COVER UP; ENTERPRISE CORRUPTION;

⑥ CONSPIRACY TO COMMIT SECURITIES
FRAUD; DEADLY CONSPIRACY:

DEMAND / RELIEF:

PLAINTIFF RESPECTFULLY ASKS THE COURT TO
AWARD PLAINTIFF $28.2 BILLION IN
DAMAGES AGAINST THE IRS!!!
THE DEFENDANT MUST APPEAR FOR
A JURY TRIAL OR RISK JUDGMENT
BY DEFAULT!!!     SEE EXHIBIT:

I                                    PTO:





# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Wage and Income Transcript

|  |  |
| --- | --- |
| Request Date: | 09-10-2013 |
| Response Date: | 09-10-2013 |
| Tracking Number: | 100171669931 |

**SSN Provided:** 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
**Tax Period Requested:** December, 2004

# Form W-2 Wage and Tax Statement

### Employer:
Employer Identification Number (EIN): 580566257
SAINT JOSEPH'S HOSP OF ATLANTA
5673 PEACHTREE DUNWOSUITE 550
ATLANTA, GA 30342-0000

### Employee:
Employee's Social Security Number: 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
ROSE A DURU
1797 BENNINGFIELD DR
MARIETTA, GA 30064-0000

| | |
| --- | --- |
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $50,550.00 |
| Federal Income Tax Withheld: | $6,222.00 |
| Social Security Wages: | $50,550.00 |
| Social Security Tax Withheld: | $3,134.00 |
| Medicare Wages and Tips: | $50,550.00 |
| Medicare Tax Withheld: | $732.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Yes |
| Statutory Employee: | Not Statutory Employee |

# Form 5498 Individual Retirement Arrangement Contribution Information

**Trustee:**

Trustee/Issuer's Federal Identification Number (FIN): 941737782
CHARLES SCHWAB & CO. INC.
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104-0000

**Participant:**

Participant's Identification Number: 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
ROSE A DURU
1797 BENNINGFIELD DR SW
MARIETTA, GA 30064-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 40785911 |
| IRA Contributions: | 0.00 |
| Rollover Contributions: | 0.00 |
| Roth Conversion Amount: | 0.00 |
| Recharacterized Contributions: | 0.00 |
| Fair Market Value of Account: | $4.00 |
| Life Insurance Cost Included in Box 1: | 0.00 |
| SEP Code: | Not Checked |
| IRA Code: | Checked |
| Simple Code: | Not Checked |
| Roth IRA Code: | Not Checked |
| RMD For Subsequent Year: | Not Checked |
| SEP Contributions: | 0.00 |
| SIMPLE Contributions: | 0.00 |
| Roth IRA Contributions: | 0.00 |

# Form 1098 Mortgage Interest Statement

**Recipient/Lender:**

Recipient's Federal Identification Number (FIN): 132631719
COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065-6298

**Payer/Borrower:**

Payer's Social Security Number: 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
ROSE A DURU
1797 BENNINGFIELD DR SW
MARIETTA, GA 30064-4839

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 061995707 |

H of b:

Mortgage Interest Received from Payer(s)/Borrower(s):    $6,172.00
Points Paid on Purchase of Principal Residence:    0.00
Refund of Overpaid Interest:    0.00

# Form 1098 Mortgage Interest Statement

## Recipient/Lender:

Recipient's Federal Identification Number (FIN): 841005177
FIRSTBANK OF CHERRY CREEK
PO BOX 61038
DENVER, CO 80206-1038

## Payer/Borrower:

Payer's Social Security Number: 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
ROSE A OGWUMIKE
2597 CANON DRIVE
MARIETTA, GA 30064-0000

Submission Type:    Original document
Account Number (Optional):    059121403059307
Mortgage Interest Received from Payer(s)/Borrower(s):    $3,285.00
Points Paid on Purchase of Principal Residence:    0.00
Refund of Overpaid Interest:    0.00

# Form 1099-G

## Payer:

Payer's Federal Identification Number (FIN): 840802678
COLO DIVISION OF EMPLOYMENT & TRAINING
251 EAST 12TH AVE
DENVER, CO 80203-2272

## Recipient:

Recipient's Identification Number: 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
OGWUMIKE ROSE A
2597 CANON DR
MARIETTA, GA 30064-0000

Submission Type:    Original document
Account Number (Optional):    N/A
Tax Withheld:    $160.00
Taxable Grants:    0.00
Unemployment Compensation:    $1,592.00
Agricultural Subsidies:    0.00
Prior Year Refund:    0.00
Year of Refund:    Not Set
1099G Offset:    Not Refund, Credit, or Offset for Trade or Business

5 of 6:

# Form 1099-INT

**Payer:**

Payer's Federal Identification Number (FIN): 561948225
WACHOVIA BANK N.A.
INTEREST REPORTING NC0467
1525 W WT HARRIS BLVD 3B5
CHARLOTTE, NC 28262-8522

**Recipient:**

Recipient's Identification Number: 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
ROSE A DURU
1797 BENNINGFIELD DRIVE
MARIETTA, GA 30064-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 60137001010104848937 |
| Interest: | $112.00 |
| Tax Withheld: | 0.00 |
| Savings Bonds: | 0.00 |
| Investment Expense: | 0.00 |
| Interest Forfeiture: | 0.00 |
| Second Notice Indicator: | No Second Notice |

# Form 1099-R Distributions from Pensions, Annuities, Retire or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

**Payer:**

Payer's Federal Identification Number (FIN): 363046063
NORTHERN TRUST CO AS PAYING AGENT
BENEFIT PAYMENT SERVICES C 5S
801 SOUTH CANAL ST
CHICAGO, IL 60607-2904

**Recipient:**

Recipient's Identification Number: 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
DURU, ROSE A
2597 CANON DR
MARIETTA, GA 30064-4201

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 0633156775 AAGA000 |
| Distribution Code Value: | Early Distribution, no known exception (in most cases, under age 59 1/2) |
| Distribution Code: | 1 |
| Distribution Code Value: | Not significant |
| Distribution Code: | Blank |
| Tax Amount Undetermined | Not checked |